Geoffrey M. Khotim, SBN 019513
RIDENOUR, HIENTON, & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, AZ 85004
Telephone (602) 254-9900
Facsimile (602) 254-8670
Email: gmkhotim@rhkl-law.com

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| Leanne M. Zebrowski, | Case No. 2:10-bk-00051-SSC |
| Debtor. | |
| Bank of America, National Association, | Contested Matter No. _____ |
| Movant, | |
| vs.<br>Leanne M. Zebrowski, | **OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Respondent. | Re: Real Property Located at 29834 N. 77th Place, Scottsdale, AZ 85266 |

The Debtor, Leanne M. Zebrowski, (the "Debtor"), by and through counsel undersigned, hereby objects to the Motion for Relief From Automatic Stay filed by Bank of America, N.A. ("Bank of America"). In further support of her objection, Respondent states as follows:

1. The Debtor owns the real property at issue, which is located at 29834 N. 77th Place, Scottsdale, AZ 85266 (the "Property").

2. The Debtor is attempting to negotiate a short sale and/or a loan workout agreement with Bank of America. Indeed, Bank of America's Motion specifically states that it seeks relief in order to, among other reasons, contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, this process has not been resolved.

3. Upon information and belief, Bank of America has continued its pending foreclosure sale of the Property and the sale is scheduled for June 4, 2010. However, without assurances from Bank of America, the Debtor is unsure if the continued sale date provides the Debtor with enough time to fully negotiate a short sale and/or loan workout. As such, the Debtor requests that the automatic stay remain in place to allow the parties sufficient time to negotiate. Alternatively, if the stay is lifted, the Debtor requests that the order provide that Bank of America cannot conduct its foreclosure sale until a date certain that provides the Debtor enough time to fully negotiate a resolution.

Wherefore, based on the above, the Debtor requests that Bank of America's Motion be denied.

///

///

///

///

1     DATED this 18th day of May, 2010.

2                         **RIDENOUR, HIENTON**

3                            **& LEWIS, P.L.L.C.**

4                By: /s/ Geoffrey M. Khotim, SBN 019513
                          Geoffrey M. Khotim

5                           Chase Tower
                          201 North Central Ave., Suite 3300

6                           Phoenix, AZ 85004-1052

7                           Attorneys for Debtor.

8 Copies of the foregoing mailed this
9 18th day of May, 2010, to:

10 Mark S. Bosco
Leonard J. McDonald
11 2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
12

13 Roger W. Brown
P.O. BOX 32967
14 Phoenix, AZ 85064-2967

15 United States Trustee
Office of the U. S. Trustee
16 230 N. First Ave., Ste. 204
Phoenix, AZ 85003
17

18

19 /s/Margo Martin

20

21

22

23

24

25

26

321233;GMK;22695-0002                           3